# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **SAMUEL DEAN JAMES,**<br><br>         Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security Administration,**<br><br>         Defendant. | Civil Action 7:10-CV-76 (HL) |

## ORDER

The Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 11) is before the Court. Judge Langstaff recommends that the Commissioner's decision be affirmed pursuant to Sentence Four of § 405(g). Plaintiff has filed an Objection to the Recommendation (Doc. 12) as permitted by 28 U.S.C. § 636(b)(1).

The Court, after careful consideration of the objections and a *de novo* review of the Recommendation, accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The decision of the Commissioner of Social Security is hereby affirmed. Plaintiff's objections are overruled.

SO ORDERED, this the 9th day of September, 2011.

         *s/ Hugh Lawson*
         **HUGH LAWSON, SENIOR JUDGE**

mbh